**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

JOSEPH A. GILLESPIE,

    Defendant.

Criminal No.   RDB-23-321

**GOVERNMENT'S TRIAL EXHIBIT LIST**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | FEB 2 0 2025 | FEB 2 0 2025 | Covert Video of Gillespie Bribe Payment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED _____ ENTERED
LOGGED _____ RECEIVED

FEB 2 0 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

1