IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
**Plaintiff**       *

vs.                 *   Case No.: RDB-23-321

JOSEPH A. GILLESPIE *
**Defendant**
                    *

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | |
| All Plaintiff's/Government's exhibits returned: [signature] | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
Paul Riley
Evelyn Cusson

Counsel for Defendant(s):
_____

Date: February 20, 2025

FILED ___ ENTERED
LOGGED ___ RECEIVED

FEB 2 0 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits