**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. RDB-23-321** |
| | * | |
| **JOSEPH A. GILLESPIE,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

*******

**ENTRY OF APPEARANCE**

CLERK OF THE COURT:

Please enter the appearance of Assistant U.S. Attorney Harry M. Gruber in this case as counsel of record for the United States of America.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

__________/s/______________
Harry M. Gruber
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800